# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALLEN PARKER,<br><br>            Petitioner,<br><br>       v.<br><br>DANIEL PARAMO, Acting Warden,<br><br>            Respondent. | NO. EDCV 10-01120 VBF (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:    1-4-12

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE